No. 14–0057/AF. U.S. v. William R. Jones. CCA 38028. Upon further consideration of the granted issue, 73 M.J. 138 (C.A.A.F. Dec. 23, 2013), it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE DE FACTO OFFICER DOCTRINE CONFERRED VALIDITY UPON JUDGE SOYBEL'S PARTICIPATION IN THE AIR FORCE COURT OF CRIMINAL APPEALS' DECISION IN APPELLANT'S CASE. *SEE RYDER v. UNITED STATES*, 515 U.S. 177, 182–84 (1995); *NGUYEN v. UNITED STATES*, 539 U.S. 69, 72–73 (2003); *UNITED STATES v. AMERICAN–FOREIGN S.S. CORP.*, 363 U.S. 685 (1960); *AYSHIRE COLLIERIES CORP. v. UNITED STATES*, 331 U.S. 132 (1947); *NORTON v. SHELBY COUNTY*, 118 U.S. 425, 446 (1886); *UNITED STATES v. JANSSEN*, 73 M.J. 221 (C.A.A.F. 2014); *UNITED STATES v. ELLIOTT*, 15 M.J. 347 (C.M.A. 1983).

Briefs will be filed under Rule 25.

No. 14–0322/MC. U.S. v. Matthew A. Gilbreath. CCA 201200427. Review granted on the following issues:

I. WHETHER INDIVIDUAL READY RESERVISTS, SUBJECT TO PUNISHMENT UNDER THE UCMJ, ARE ENTITLED TO THE PROTECTIONS OF ARTICLE 31(b) WHEN QUESTIONED BY SENIOR SERVICE MEMBERS ABOUT SUSPECTED MISCONDUCT COMMITTED ON ACTIVE DUTY.

II. WHETHER THE MILITARY JUDGE ERRED IN CONCLUDING THAT APPELLANT'S STATEMENTS WERE ADMISSIBLE UNDER ARTICLE 31(b), UCMJ, AND MILITARY RULE OF EVIDENCE 305.

Briefs will be filed under Rule 25.

No. 14–0415/AR. U.S. v. William E. Newton, Jr. CCA 20110499. Review granted on the following issue:

> WHETHER THE SEX OFFENDER REGISTRATION AND NOTIFICATION ACT (SORNA), 18 U.S.C. SECTION 2250(a) (2006), APPLIED TO APPELLANT AS A RESULT OF EITHER THE ATTORNEY GENERAL'S 2007 INTERIM RULE OR HIS 2008 GUIDELINES. *SEE, E.G., UNITED STATES v. LOTT*, 750 F.3d 214 (2d Cir. 2014); *UNITED STATES v. REYNOLDS*, 710 F.3d 498 (3d Cir. 2013.)

Briefs will be filed under Rule 25.*

* Judge Ohlson has recused himself from participation in this case.